CO-386-online

**FILED**

JUL - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

BETTY WILLIAMS )
)
) CASE NUMBER 1:05CV01341
)
vs  Plaintiff )  JUDGE: Ellen Segal Huvelle
)
DISTRICT OF COLUMBIA )  DECK TYPE: Employment Discrimination
WATER AND SEWER AUTHORITY )
)  DATE STAMP: 07/05/2005
Defendant )

  JURY ACTION

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Plaintiff Betty Williams  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Betty Williams  which have any outstanding securities in the hands of the public:

There are none; this section does not apply.  Plaintiff has no holdings.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

931600
BAR IDENTIFICATION NO.

John W. Davis
Print Name

1111 14th Street, NW, Suite 820
Address

Washington, DC       20005
City       State       Zip Code

202-408-1952
Phone Number