IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY WILLIAMS,** )<br> )<br>    **Plaintiff,** )<br> )<br>  v. )<br> )<br>**DISTRICT OF COLUMBIA WATER** )<br>**AND SEWER AUTHORITY,** )<br> )<br>    **Defendant.** )<br>_____) | Civil Action No. 1:05CV-01341 (ESH) |

<u>CERTIFICATE OF CIVIL PROCESS RETURN</u>

Plaintiff Betty Williams, through undersigned counsel, hereby certifies that service of process in the above-captioned case has been executed by serving a copy of the Summons and Complaint in this matter by hand and that the affidavit of service has been returned certifying that the following person has received defendant's copy of the Summons and Complaint, and that attached to this Certificate is the original copy of said affidavit of service of process:

| Name | Date of Service | Recipient |
|---|---|---|
| Jerry Johnson, General Manager, District of Columbia Water and Sewer Authority | November 4, 2005 | Debra Mathis, Agent |
| Linda Manley, Secretary, Board of Directors, District of Columbia Water and Sewer Authority | November 4, 2005 | Debra Mathis, Agent |

Plaintiff further certifies that Service of Process in this matter was in accordance with the Federal Rules of Civil Procedure, and was effected by John W. Davis, a person duly authorized to serve process, being over the age of eighteen years, and being a person who is not a party in this action.

        Respectfully submitted,

*John W. Davis*
Attorney and Counselor at Law
1111 14th Street, NW
Suite 820
Washington, DC 20005
202-408-1952
202-408-8801 (Fax)

Attorney for Plaintiff
Betty Williams