AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BETTY WILLIAMS

      Plaintiff(s)      )
                             )    **APPEARANCE**

        vs.              )    CASE NUMBER   05-1341 (ESH)
DISTRICT OF COLUMBIA WATER AND  )
SEWER AUTHORITY              )
      Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Brian M. Hudson__ as counsel in this
                                       (Attorney's Name)

case for: __District of Columbia Water and Sewer Authority__
                      (Name of party or parties)

_[signature]_

__Nov. 14, 2005__
Date                                    Signature

                                   Brian M. Hudson
__472358__                             Print Name
BAR IDENTIFICATION
                                   575 7th St., NW
                                   Address

                                   Washington, DC 20004
                                   City         State         Zip Code

                                   202-344-4000
                                   Phone Number