A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BETTY WILLIAMS

      Plaintiff(s)

vs.

DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY

      Defendant(s)

**APPEARANCE**

CASE NUMBER   05-1341 (ESH)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Robert G. Ames__ as counsel in this
                                     (Attorney's Name)

case for: __District of Columbia Water and Sewer Authority__
                   (Name of party or parties)

Nov. 14, 2005
Date

234393
BAR IDENTIFICATION

_Robert G. Ames /BMH_ (signature)
Signature

Robert G. Ames
Print Name

575 7th St., NW
Address

Washington, DC 20004
City    State    Zip Code

202-344-4000
Phone Number