IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA WATER )<br>AND SEWER AUTHORITY, )<br>)<br>Defendant. ) | Civil Action No. 05-1341 (ESH)<br>ECF |

CONSENT MOTION FOR AN EXTENSION OF TIME
IN WHICH DEFENDANT MAY FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure the District of Columbia Water and Sewer Authority ("the Authority" or "Defendant"), with the consent of the Plaintiff in this matter, Betty Williams, respectfully moves this Court for a brief extension of time within which the Authority may file its response to Plaintiff's Complaint, until December 16, 2005. As grounds for this motion, the Authority submits as follows:

1. The Complaint was served by hand on the Authority on November 4, 2005.

2. Undersigned counsel for Plaintiff are recently retained in this matter, have several previously scheduled matters involving competing filings, and the brief extension will allow the Authority sufficient time to prepare a full and accurate response to the Complaint.

3. Counsel for Plaintiff has consented to Defendant's request for this brief extension.

4. The requested extension will not unduly delay this matter, nor will it prejudice any party.

2

Wherefore, for the reasons set forth above, the District of Columbia Water and Sewer Authority respectfully requests an extension of time until December 16, 2005, to file its response to the Plaintiff's Complaint.

Respectfully submitted,

Robert G. Ames
DC Bar No. 234393
Brian M. Hudson
DC Bar No. 472358
Venable LLP
575 7th St., N.W.
Washington, D.C. 20004
Ph: 202-344-4000
Fax: 202-344-8300