IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BETTY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1341 (ESH) |
| | ) | ECF |
| DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

### [Proposed] ORDER

UPON CONSIDERATION OF the District of Columbia Water and Sewer Authority's ("Defendant's") Consent Motion for an Extension of Time in Which Defendant May File a Response to Plaintiff's Complaint, it is this ____ day of November, 2005, hereby ORDERED that:

1. Defendant's Consent Motion for an Extension of Time is GRANTED; and

2. Defendant shall file its response to Plaintiff's Complaint by December 16, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

1

**Serve via ECF:**
Robert G. Ames, DC Bar No. 234393
Brian M. Hudson, DC Bar No. 472358
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
Tel: 202-344-4823
Fax: 202-344-8300
Counsel for Defendant

John W. Davis, DC Bar No. 931600
1111 14th St., NW, Suite 820
Washington, DC 20005
Tel: 202-408-1951
Fax: 202-216-4986
Counsel for Plaintiff