## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BETTY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1341 (ESH) |
| | ) | ECF |
| DISTRICT OF COLUMBIA WATER | ) | |
| AND SEWER AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant District of Columbia Water and Sewer

Authority's Motion to Dismiss, Memorandum in Support, and any opposition or replies

thereto, it is this ___ day of _____, 2005, hereby ORDERED that:

1.    Defendant's Motion is GRANTED; and

2.    Those claims of Plaintiff's Complaint that allege any violation of the Age

Discrimination in Employment Act or that allege harassment or the maintenance of a

hostile work environment in violation of Title VII of the Civil Rights Act of 1964 are

DISMISSED WITH PREJUDICE.


_____
United States District Judge

**Serve:**
Robert G. Ames
D.C. Bar No. 234393
Brian M. Hudson
D.C. Bar No. 472358
Venable LLP
575 7th St., N.W.
Washington, D.C. 20004
Ph: 202-344-4000
Fax: 202-344-8300

::ODMA\PCDOCS\DC1DOCS1\205562\1

John W. Davis
D.C. Bar No. 931600
1111 14th Street, NW, Suite 820
Washington, DC  20005
Ph:  202-408-1952

::ODMA\PCDOCS\DC1DOCS1\205562\1