IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1341 (ESH) |
| ) | ECF |
| DISTRICT OF COLUMBIA WATER ) | |
| AND SEWER AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to F.R.C.P. 7.1 and LCvR 7.1, I, undersigned counsel of record for Defendant District of Columbia Water and Sewer Authority hereby certify that to the best of my knowledge and belief the Defendant does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

Respectfully submitted,

Robert G. Ames
DC Bar No. 234393
Brian M. Hudson
DC Bar No. 472358
Venable LLP
575 7th St., N.W.
Washington, D.C. 20004
Ph: 202-344-4000
Fax: 202-344-8300

Counsel for Defendant

DC1/205656v1

::ODMA\PCDOCS\DC1DOCS1\205656\1