IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY WILLIAMS, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA WATER )<br>AND SEWER AUTHORITY, )<br>)<br>  Defendant. ) | Civil Action No. 05-1341 (ESH)<br>ECF |

**LOCAL RULE 16.3(d) JOINT REPORT**

Pursuant to Rule 16.3(d) of the Local Rules of this Court, the parties hereby submit their Joint Report regarding all agreements reached in the parties' Local Rule 16.3 conference. The parties request that the Court adopt the agreed-upon matters in its Scheduling Order.

Counsel for Plaintiff Betty Williams ("Plaintiff" or "Williams") has conferred with counsel for Defendant District of Columbia Water and Sewer Authority ("Defendant" or "WASA") pursuant to Local Rule 16.3. In accordance with Local Rule 16.3, the parties have agreed as follows:

1. The parties request 180 days to conduct discovery.

2. The deadline for motions to join additional parties should be February 28, 2006.

3. The case should not be assigned to a magistrate judge.

4. The parties have discussed settlement but have been unable to reach an agreement. The parties should be better able to evaluate the prospects for settlement after obtaining additional factual information through discovery.

5. The parties believe that the case would not benefit from the parties' participation in the Court's ADR procedures at this time. As this matter proceeds and upon the completion of discovery, however, the parties may reconsider the utility of ADR.

6. The deadline for filing dispositive motions should be 45 days after the close of all discovery. An Opposition to any dispositive motion should be filed within 11 days after the date of service of the motion, and a Reply to any Opposition should be filed within 11 days after the date of service of the Opposition.

7. Initial disclosures pursuant to Local Rule 16.3(a)(2) should be made by February 28, 2006.

8. Defendant WASA's position is that each party should be limited to 25 interrogatories and 25 requests for the production of documents, and each party should be limited to 5 depositions, not including treating physicians or experts. Plaintiff Betty Williams' position is that each party should be limited to two sets of 25 interrogatories each, and to 25 requests for the production of documents, and each party should be limited to 10 depositions.

9. Plaintiff should provide any required expert witness reports and information by April 13, 2006. Defendant should provide any required expert witness reports and information by May 19, 2006.

10. The class action provisions of Local Rule 16.3 are inapplicable.

11. The parties do not believe that discovery or trial should be bifurcated or managed in phases.

12. The parties request that the Court schedule dates for the pre-trial conference and trial after ruling on any dispositive motions.

Respectfully submitted,

Robert G. Ames
DC Bar No. 234393
Brian M. Hudson

DC Bar No. 472358
Venable LLP
575 7th St., N.W.
Washington, D.C. 20004
Ph:  202-344-4000
Fax:  202-344-8300
Counsel for Defendant


John Wesley Davis
DC Bar No. 931600
1111 14th Street, NW, Suite 820
Washington, D.C. 20005
Ph:  202-408-1952
Fax:  202-216-4986
Counsel for Plaintiff

DC1/206456v2

-3-