IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY WILLIAMS, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA WATER )<br>AND SEWER AUTHORITY, )<br>)<br>　　　　Defendant. )<br>) | Civil Action No. 05-1341 (ESH) |

## SCHEDULING ORDER

THE COURT, having considered the parties' Local Rule 16.3 Report, hereby ORDERS as follows:

1.　Discovery in this matter shall conclude on July 25, 2006.

2.　The deadline for the joinder of additional parties to this action is February 28, 2006.

3.　This case will not be assigned to a Magistrate Judge at this time.

4.　This case will not be assigned to Alternate Dispute Resolution at this time.

5.　The deadline for filing dispositive motions will be (forty-five days after the close of discovery) September 8, 2006. An opposition to any dispositive motion should be filed within 11 days after the date of service of the motion, and a Reply to any Opposition should be filed within 11 days after the date of service of the Opposition.

6.　Initial disclosures pursuant to Local Rule 16.3(a)(2) shall be made by February 28, 2006.

7.　Each party is limited to __ sets of interrogatories, with a maximum of __ interrogatories per set. Each party is limited to 25 requests for production of documents, and each party shall be limited to a maximum of ____ depositions.

8.　Plaintiff shall provide any expert witness reports and information by April 13, 2006. Defendant should provide any required expert witness reports and information by May

19, 2006.

    9.    The Court will schedule dates for the pre-trial conference and trial after ruling on any dispositive motions.

    SO ORDERED.

Date: _____

                              ELLEN SEGAL HUVELLE
                              United States District Judge

Copies of this Order to the following:

| | |
|---|---|
| John W. Davis, Esq.<br>1111 14th Street, N.W.<br>Suite 820<br>Washington, D.C. 20005 | Robert G. Ames, Esq.<br>Brian M. Hudson, Esq.<br>Venable LLP<br>575 7th Street, NW<br>Washington, D.C. 20004 |