UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA WATER AUTHORITY,<br><br>    Defendant. | Civil Action No. 05-1341 (JMF)<br><br>ECF |

## ORDER

All matters, including scheduling, in the above captioned case should be addressed to the law clerk assigned to this action:

**Katie L. Anderson, Esq.          202/354-3135**

      Please be advised that the above-case has been assigned to the undersigned for **all purposes including trial.**

      Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone.

January 30, 2006

cc:    Counsel
       Judge
       Files
       Chambers

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE