## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BETTY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1341 (JMF) |
| | ) | ECF |
| DISTRICT OF COLUMBIA WATER | ) | |
| AND SEWER AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JOINT MOTION TO EXTEND DISCOVERY PERIOD

COMES NOW, Plaintiff Betty Williams and Defendant District of Columbia Water and Sewer Authority ("WASA"), by and through their respective counsels, both undersigned herein, to move this Honorable Court for an Order altering the discovery schedule in this case.  As grounds for this Motion, the Parties hereby state as follows:

1.     Discovery in this matter is due to expire on July 25, 2006.  The Parties have been unable to complete discovery during the time allotted due to personal problems experienced by both Plaintiff's counsel, John W. Davis, and principal counsel for the Defendant, Robert G. Ames.

2.     Counsel for the Parties have had several conversations during the past couple of weeks concerning the need for the extension and both Parties agree to the need for an extension.

3.     Counsel for the Parties have also discussed the fact that Ms. Williams has recently been terminated from her employment with WASA and that Plaintiff intends to file a motion to amend her complaint within the coming thirty days.  Plaintiff and

Defendant are in agreement that additional discovery will be needed should the Court grant Plaintiff's motion to amend.

4.     The extension of the discovery period would also benefit the prospects for settlement in this matter as the Parties have pledged to undertake meaningful settlement discussions, but cannot do so until additional discovery is completed and the Parties have more information regarding the merits of their respective cases and the concomitant potential scope of damages.

5.     For the above reasons, Plaintiff Betty Williams and Defendant District of Columbia Water and Sewer Authority respectfully request that the Court approve amendment of the scheduling order as follows:

(1) Plaintiff is to make the disclosures required by Fed. R. Civ. P. 26(a)(2) as to any expert who plans to testify no later than August 25, 2006.  Defendant shall provide the identity of any expert witness and all such disclosures required by the same rule no later than September 25, 2006.

(2) All discovery shall be completed by October 17, 2006.

In addition, the Parties request that the Court withdraw the dates previously set for a Pretrial Conference and Trial in this matter pending a determination as to whether Plaintiff's proposed Motion to Amend meets with the approval of the Court.

Respectfully submitted,

 /s/
Robert G. Ames
DC Bar No. 234393
Brian M. Hudson
DC Bar No. 472358
Venable LLP
575 7th St., N.W.
Washington, D.C. 20004

2

Ph:  202-344-4000
Fax:  202-344-8300
Counsel for Defendant

John Wesley Davis
DC Bar No. 931600
1111 14th Street, NW, Suite 820
Washington, D.C. 20005
Ph:  202-408-1952
Fax:  202-216-4986
Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BETTY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1341 (JMF) |
| | ) | ECF |
| DISTRICT OF COLUMBIA WATER | ) | |
| AND SEWER AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
## JOINT MOTION TO EXTEND DISCOVERY PERIOD

As grounds for the Joint Motion, the Parties cite Rule 6(b) of the Federal Rules of

Civil Procedure.

Respectfully submitted,

 /s/

Robert G. Ames
DC Bar No. 234393
Brian M. Hudson
DC Bar No. 472358
Venable LLP
575 7th St., N.W.
Washington, D.C. 20004
Ph:  202-344-4000
Fax:  202-344-8300
Counsel for Defendant

John Wesley Davis
DC Bar No. 931600
1111 14th Street, NW, Suite 820
Washington, D.C. 20005
Ph:  202-408-1952
Fax:  202-216-4986
Counsel for Plaintiff