# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1341 (JMF) |
| ) | ECF |
| DISTRICT OF COLUMBIA WATER ) | |
| AND SEWER AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## (Proposed) ORDER

Upon consideration of the parties' Joint Motion To Extend Discovery, it is by this Court on the ___ day of _____, 2006, hereby,

ORDERED that the Joint Motion is GRANTED; and it is further

ORDERED that the Scheduling Order in this matter is amended as follows:

1. Plaintiff is to make the disclosures required by Fed. R. Civ. P. 26(a)(2) as to any expert who plans to testify no later than August 25, 2006.  Defendant shall provide the identity of any expert witness and all such disclosures required by the same rule no later than September 25, 2006;

2. All discovery shall be completed by October 17, 2006; and

3. The dates previously set for a Pretrial Conference and Trial in this matter are withdrawn pending a determination as to whether any Motion to Amend filed by Plaintiff meets with the Court's approval.

   **SO ORDERED.**

_____
John M. Facciola
United States Magistrate Judge