**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BETTY WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA WATER )<br>AND SEWER AUTHORITY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1341 (JMF)<br>ECF |

## JOINT MOTION TO EXTEND DISCOVERY

Plaintiff Betty Williams and Defendant District of Columbia Water and Sewer Authority ("WASA"), by and through their respective counsels, both undersigned herein, hereby move this Honorable Court for an Order altering the discovery schedule in this case. As grounds for this request, the parties state as follows:

1. The extension is requested due to the development of unforeseen, serious personal health and family issues affecting counsel for WASA and Plaintiff, and due to the work schedules of counsel for both Plaintiff and Defendants.

2. For the above reasons, the parties respectfully request that the Court amend the scheduling order as follows:

   (a) Defendant's designation of experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than October 9, 2006;

   (b) All fact discovery shall be completed by November 17, 2006.

Respectfully submitted,

 /s/
Robert G. Ames
DC Bar No. 234393
Brian M. Hudson
DC Bar No. 472358
Venable LLP
575 7th St., N.W.
Washington, D.C. 20004
Ph:  202-344-4000
Fax:  202-344-8300
Counsel for Defendant

John Wesley Davis
DC Bar No. 931600
1111 14th Street, NW, Suite 820
Washington, D.C. 20005
Ph:  202-408-1952
Fax:  202-216-4986
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1341 (JMF) |
| | ) ECF |
| DISTRICT OF COLUMBIA WATER | ) |
| AND SEWER AUTHORITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY PERIOD

As grounds for the Joint Motion, the Parties cite Rule 6(b) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/

Robert G. Ames
DC Bar No. 234393
Brian M. Hudson
DC Bar No. 472358
Venable LLP
575 7th St., N.W.
Washington, D.C. 20004
Ph: 202-344-4000
Fax: 202-344-8300
Counsel for Defendant

John Wesley Davis
DC Bar No. 931600
1111 14th Street, NW, Suite 820
Washington, D.C. 20005
Ph: 202-408-1952
Fax: 202-216-4986
Counsel for Plaintiff