# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1341 (JMF) |
| ) | ECF |
| DISTRICT OF COLUMBIA WATER ) | |
| AND SEWER AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **(Proposed) ORDER**

Upon consideration of the parties' Joint Motion To Extend Discovery, it is by this Court on the ___ day of _____, 2006, hereby,

ORDERED that the Joint Motion is GRANTED; and it is further

ORDERED that the Scheduling Order in this matter is amended as follows:

1. Defendant's designation of experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than October 9, 2006;

2. All fact discovery shall be completed by November 17, 2006.

**SO ORDERED.**

_____
John M. Facciola
United States Magistrate Judge