IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:05CV-01341 (ESH/JMF) |
| **DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY,** | ) |
| **Defendant.** | ) |

<u>PLAINTIFF'S CONSENT MOTION TO CONTINUE STATUS CONFERENCE</u>

Plaintiff Betty Williams, through undersigned counsel, hereby submits her motion to continue the status conference in this matter for an additional thirty days. The status conference was originally scheduled for January 29, 2007. Plaintiff seeks the continuance for the following reasons:

1. Dorris E. Miller, the mother of Plaintiff's counsel, passed away on January 8, 2007, in Grand Rapids, Michigan. Her memorial service is scheduled for January 27, 2007, in Peoria, Illinois. Counsel will be delayed in Illinois for an additional week or two attending to his mother's last requests, etc.

2. Counsel would like an additional two weeks or so to recuperate, as counsel is physically and mentally exhausted at this time.

3. Counsel for the Defendant has authorized Plaintiff to state that Defendant consents to this motion.

For the above reasons, Plaintiff Betty Williams respectfully prays that this Honorable Court will grant her motion for a continuance of thirty days or so in this case, and that the status

conference set for January 29, 2007 be continued to a later date.

                                                      Respectfully submitted,

                                                     _____
                                                     *John W. Davis*
                                                     Attorney and Counselor at Law
                                                     1111 14th Street, NW
                                                     Suite 820
                                                     Washington, DC 20005
                                                     202-408-1952
                                                     202-408-8801 (Fax)

                                                     Attorney for Plaintiff
                                                     Betty Williams

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY WILLIAMS,** )<br>)<br>  **Plaintiff,** )<br>)<br>  v. )<br>)<br>**DISTRICT OF COLUMBIA WATER** )<br>**AND SEWER AUTHORITY,** )<br>)<br>  **Defendant.** )<br>_____ ) | Civil Action No. 1:05CV-01341 (ESH/JMF) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S CONSENT MOTION TO CONTINUE STATUS CONFERENCE

As grounds for this motion, Plaintiff cites Rule 6(b) of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
*John W. Davis*
Attorney and Counselor at Law
1111 14th Street, NW
Suite 820
Washington, DC 20005
202-408-1952
202-408-8801 (Fax)

Attorney for Plaintiff
Betty Williams