**IN THE SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | | |
|---|---|---|
| **BETTY WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-10333 |
| | ) | |
| **LESLIE DEMUS,** | ) | Calendar 7  (Judge Kravitz) |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter has come on Plaintiff's motion to continue the trial date from January 17, 2006, to a later date. The Court having considered the Plaintiff's motion, and the entire record herein, and noting especially that the Defendant consents to this motion, finds good cause for the Plaintiff's motion. Accordingly, it is this ___ day of _____, 2006, hereby

ORDERED, that Plaintiff's motion is hereby GRANTED, and it is hereby

FURTHER ORDERED, that the trial in this matter shall be continued from January 17, 2006, to a date to be determined later.

SO ORDERED.

Date: _____

NEAL E. KRAVITZ
Associate Judge, D.C. Superior Court

Copies of this Order to the following counsel:

John W. Davis
1111 14th Street, N.W., Suite 820
Washington, DC 20005

Jack Lapidus
Macleay, Lynch, Gregg & Lunch, P.C.
1629 K Street, NW, Suite 802
Washington, DC  20006