IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY WILLIAMS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA WATER** )<br>**AND SEWER AUTHORITY,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. **1:05CV-01341 (ESH/JMF)** |

### PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER

Plaintiff Betty Williams, through undersigned counsel, hereby submits her response to the Show Cause Order issued by this Court on March 29, 2007. The Court's Show Cause Order specifically requires that John W. Davis, counsel for Plaintiff Williams herein, show cause why counsel should not be held in contempt for counsel's failure to attend the Status Conference held by the Court on March 29, 2007. The specific reason counsel failed to attend the Status Conference is simply that counsel mis-calendared the matter on his calendar. The reasons that counsel failed to properly calendar the matter are as follows:

1. The Status Conference was originally scheduled for January 2007. However, during that period, Plaintiff's counsel was away from his office for an extended period due to the death of counsel's mother in January 2007. Counsel requested and was granted a continuance to March 29, 2007.

2. At the time that counsel contacted the Court and the Status Conference was continued to March 29, 2007, counsel saw that the was matter correctly entered into the scheduler in his computer.

      3.      In February, and then again in March, 2007, counsel's computer crashed. On the latter occasion, the hard drive on the computer crashed, and a number of functions, programs, and documents were erased from counsel's computer. Among the items lost were counsel's computerized scheduler.

      4.      After the first computer crash, in February 2007, in which counsel lost the contents of two appeal briefs which were in progress, counsel purchased a new computer. During the process of re-listing all of counsel's appointments, etc., for March and April, the Williams v. WASA matter was set for Friday. Somehow, counsel mistakenly believed that Friday was March 29th, and Saturday was March 30th. [1] As a result, this matter was set on counsel's calendar for Friday.

Counsel apologizes to this Court, and also to Defendant and opposing counsel for counsel's error. Counsel is especially contrite because the Court and opposing counsel have been so generous in their patience with counsel during the past year, when things have been so tremendously difficult for counsel, due to his having to make monthly trips to Michigan to assist in the care for his mother. As stated before, the error made by counsel in confusing the date of the Status Conference was purely because of confusion in counsel's mind, and not because of any other reason.

---

[1] This error was replicated on counsel's social calendar: March 30 was counsel's 41st wedding anniversary. Believing that March 30 was Saturday, counsel and his daughter made a date for "Saturday, March 30" to visit the grave of counsel's wife. Neither realized their mistake until counsel read the Court's ECF email early on the morning of Friday, March 30.

Respectfully submitted,

_____
John W. Davis, No. 931600
1111 14th Street. N.W.
Suite 820
Washington, D.C.  20005
(202) 408-1952

Attorney for Plaintiff
Betty Williams