IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1341 (ESH) |
| ) | ECF |
| DISTRICT OF COLUMBIA WATER ) | |
| AND SEWER AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of March 29, 2007, Plaintiff Betty Williams ("Plaintiff") and Defendant District of Columbia Water and Sewer Authority ("WASA"), collectively "the Parties," hereby submit their Joint Status Report.

The Parties have conferred and are unable to agree on a Scheduling Order. Plaintiff has indicated that she intends to file an Amended Complaint in this matter. WASA will oppose any such request on the grounds that: (1) Plaintiff failed to take advantage of the ample opportunity previously given to her to amend her Complaint; and (2) WASA will be unduly prejudiced if Plaintiff is permitted to amend her Complaint and re-open discovery in this matter.

WASA proposes that the Court enter a Scheduling Order requiring that dispositive motions be filed no later than June 1, 2007, oppositions be filed no later than July 2, 2007, and replies, if any, be filed no later than July 18, 2007. WASA further proposes that the matter be scheduled for trial on or about September 10, 2007.

The Parties estimate that, unless resolved prior to trial by dispositive motion or otherwise, this matter will require a three-day trial.

-2-

Respectfully submitted,

   /s/ Robert G. Ames
Robert G. Ames, D.C. Bar No. 234393
Brian M. Hudson, D.C. Bar No. 472358
Venable LLP
575 7th St., N.W.
Washington, D.C. 20004
Ph: 202-344-4000
Fax: 202-344-8300

Counsel for the District of Columbia Water and Sewer Authority


   /s/ John W. Davis
John W. Davis, D.C. Bar No. 931600
1111 14th Street, N.W., Suite 820
Washington, DC  20005
Ph:   202-408-1952
Fax: 202-216-4986

Counsel for Plaintiff Betty Williams

DC2/845280v1

-2-