IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY WILLIAMS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA WATER** )<br>**AND SEWER AUTHORITY,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 1:05CV-0134(ESH/JMF) |

## PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER

Plaintiff Betty Williams, through undersigned counsel, hereby submits her response to the Court's Show Cause Order of May 9, 2007. Plaintiff is Ordered to show cause why her case should not be dismissed. The Court issued its Show Cause Order because John W. Davis, counsel for the Plaintiff, failed to attend the Status Conference scheduled by the Court for May 21, 2007. Davis had previously missed the Status Conference set for March 29, 2007.

Plaintiff offers the following as her grounds for why this case should not be dismissed:

1. Although Plaintiff's counsel has suffered numerous personal and professional setbacks during the last five months, those problems are problems of counsel, and Plaintiff should not be punished for the problems of her counsel.

2. Plaintiff is in the process of filing a motion to amend her Complaint in this matter to include a count of wrongful discharge, retaliation, and intentional infliction of emotional distress. Plaintiff's administrative complaint has been with the Equal Employment Opportunity Commission for more than 180 days and Plaintiff has been waiting for EEOC to issue a right-to-sue letter in exhaustion of her administrative remedies.

1

2

3. Most of the personal and professional problems that have beset Plaintiff's counsel are now being brought under control, and Plaintiff's counsel will soon have a co-counsel coming on to this case with him. In addition, Plaintiff's counsel has hired a new office assistant, who will begin work on May 30, 2007.

Plaintiff and her counsel are extremely apologetic for this turn of events. Plaintiff respectfully requests that, if any sanction be taken in the matter of counsel's failures, that said sanctions be meted out against Plaintiff's counsel, and Plaintiff's case not be dismissed as a sanction against Plaintiff's counsel.

Respectfully submitted,

_____
John W. Davis, No. 931600
1111 14th Street. N.W.
Suite 820
Washington, D.C. 20005
(202) 408-1952

Attorney for Plaintiff
Betty Williams