IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV-0134(ESH/JMF) |
| ) | |
| **DISTRICT OF COLUMBIA WATER** ) | |
| **AND SEWER AUTHORITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER**

  Plaintiff Betty Williams, through undersigned counsel, hereby submits her response to the Show Cause Order issued by this Court on May 9, 2007. The Court's Show Cause Order specifically requires that John W. Davis, counsel for Plaintiff Williams herein, show cause why counsel should not be held in contempt for counsel's failure to attend the Status Conference held by the Court on May 9, 2007. The short answer is that counsel is unable to show any cause why he should not be held in contempt.

  1. Counsel had worked all night the night of May 8, 2007. At approximately 6:00 a.m., counsel left his office, and went home to shower and change clothes.

  2. At around 7:15, counsel had showered and dressed, and sat down for a moment to relax while his tea was cooking in the microwave. Counsel fell asleep and did not wake up until approximately 1:30 p.m.

  3. The week of May 7-11 was very traumatic for counsel, because he had several conversations with his brother and sister that week, and they were both very forlorn and grief-stricken because of the recent passing of their mother.

4. Counsel does not ask the Court to excuse his failure to attend the Status Conference. Instead, counsel submits that an appropriate sanction to counsel would be to require counsel to pay the attorney fees of Defendant's counsel for their time expended in the Status Conference on May 9, 2007.

5. In order to insure that this kind of conduct does not recur, Plaintiff's counsel has taken steps to bring a co-counsel into the case, and counsel is in the process of hiring a new office assistant, one of whose primary duties will be to maintain counsel's scheduler and tickler file.

For the above reasons, undersigned counsel urges that any punishment assessed by the Court for the failure to attend the Status Conference of May 9, 2007, be against counsel, and not against the Plaintiff.

Respectfully submitted,

_____
John W. Davis, No. 931600
1111 14th Street. N.W.
Suite 820
Washington, D.C. 20005
(202) 408-1952

Attorney for Plaintiff
Betty Williams

3

Case 1:05-cv-01341-JMF   Document 25   Filed 05/21/2007   Page 3 of 3