IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY WILLIAMS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA WATER** )<br>**AND SEWER AUTHORITY,** )<br>)<br>Defendant. )<br>) | Civil Action No. **1:05CV-01341 (JMF)** |

## ORDER

Upon consideration of Plaintiff Betty Williams' Motion for Leave to File Amended Complaint, the respective positions of the parties, and the entire record herein, it is this \_\_\_\_ day of _____, 2007,

**ORDERED** that Plaintiff's motion is **GRANTED**; and Plaintiff's Amended Complaint is accepted for filing.

**SO ORDERED.**

_____
**JOHN M. FACCIOLA**
**United States Magistrate Judge**

Copies of this Order to the following counsel:

John W. Davis
1111 14th Street, NW
Suite 820
Washington, DC 20005

Robert G. Ames
VENABLE
575 7th Street, NW
Washington, DC 20004