IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1341 (JMF) |
| ) | ECF |
| DISTRICT OF COLUMBIA WATER ) | |
| AND SEWER AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### (Proposed) ORDER

Upon consideration of the Plaintiff's Motion To Amend her Complaint, Defendant's Opposition to Plaintiff's Motion to Amend, and any Reply, it is by this Court on the ___ day of _____, 2007, hereby,

ORDERED that the Motion to Amend is DENIED.

**SO ORDERED.**

 

_____
John M. Facciola
United States Magistrate Judge

**Serve:**
Robert G. Ames
D.C. Bar No. 234393
Brian M. Hudson
D.C. Bar No. 472358
Venable LLP
575 7th St., NW
Washington, DC  2004
Ph:  202-344-4000
**Counsel for D.C. WASA**

John W. Davis
1111 14th St., NW, Suite 820
Washington, DC  20005
Ph:  202-408-1952
**Counsel for Betty Williams**