**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BETTY WILLIAMS,           )<br>                                        )<br>          Plaintiff,             )<br>                                        )<br>     v.                              )<br>                                        )<br>DISTRICT OF COLUMBIA WATER  )<br>AND SEWER AUTHORITY,      )<br>                                        )<br>          Defendant.         )<br>_____) | Civil Action No. 05-1341 (JMF)<br>ECF |

## PETITION FOR FEES

Pursuant to the Court's Orders dated May 22, 2007 and June 21, 2007, the District of Columbia Water and Sewer Authority ("WASA") hereby submits its Petition for Fees to be paid by Plaintiff's counsel pursuant to the finding of contempt against Plaintiff's counsel dated May 22, 2007. The fees and expenses incurred by Defendant WASA's counsel for traveling to and appearing at the status conference on May 8, 2007 are as follows:

| | |
|---|---|
| Robert G. Ames:   1.0 hour at $390/hr. | $390.00 |
| Brian M. Hudson: 1.0 hour at $250/hr. | $250.00 |
| **Total** | **$640.00** |

Respectfully submitted,

____/s/_____
Robert G. Ames, DC Bar No. 234393
Brian M. Hudson, DC Bar No. 472358
Venable LLP
575 7th St., N.W.
Washington, D.C. 20004
Ph: 202-344-4000
Counsel for the District of Columbia Water and Sewer Authority