UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY WILLIAMS,

   Plaintiff,

v.

DISTRICT OF COLUMBIA WATER AND
SEWER AUTHORITY,

   Defendant.

Civil Action No. 05-1341 (JMF)

**FILED**

JUL 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**JUDGMENT**

In accordance with the minute order entered July 9, 2007, it is **ORDERED AND ADJUDGED** that, Plaintiff's counsel, Mr. John Wesley Davis, is to pay to the Defendant $640.00 within 14 days of this order, or no later than July 23, 2007.

_____
Clerk of the Court

Dated:  July 9, 2007

1