IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY WILLIAMS,                )
                               )
        Plaintiff,             )
                               )
v.                             )   Civil Action No. 1:05CV-01341 (ESH/JMF)
                               )
DISTRICT OF COLUMBIA WATER     )
AND SEWER AUTHORITY,           )
                               )
        Defendant.             )
_____)

## STIPULATION OF VOLUNTARY DISMISSAL

The parties to this action stipulate to the dismissal with prejudice of this action.

_____          _____
John W. Davis, DC Bar No. 931600   Robert G. Ames, DC Bar No. 234393
1111 14th Street, N.W.             Bryan M. Hudson, DC Bar No. 472358
Suite 820                          Venable LLP
Washington, DC 20005               575 - 7th Street, NW
202-408-1952                       Washington, DC 20004
Fax 202-403-3495                   202-344-400
                                   Fax 202-344-8300


        SO ORDERED, this ___ day of _____, 2007.


                                   _____
                                   UNITED STATES DISTRICT COURT
                                   FOR THE DISTRICT OF COLUMBIA